IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00107-MR-WCM-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(2) WILLIAM JAMES MESCALL, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Petition and Amended Petition and to Terminate Supervision [Doc. 86]. The Defendant's counsel and the United States Probation Office do not oppose the Government's motion.

Upon review of the Government's motion, and for cause shown, the Court will dismiss the Petition [Doc. 70], as amended [Doc. 73], in this matter.

Further, for the reasons stated in the Government's motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Petition and Amended Petition and to Terminate Supervision [Doc. 86] is **GRANTED**. The Petition for Revocation of Supervised Release [Doc. 70], as amended [Doc. 73], is hereby **DISMISSED** and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**  Signed: April 18, 2022

Martin Reidinger
Chief United States District Judge