IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00107-MR-WCM-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (2) WILLIAM JAMES MESCALL, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Seal Motion to Dismiss [Doc. 87].

The Government moves the Court for leave to file a Motion to Dismiss Petition and Amended Petition and to Terminate Supervision [Doc. 86] (hereinafter "Motion to Dismiss"), under seal in this case. [Doc. 87]. For grounds, counsel states that the Motion to Dismiss contains sensitive information regarding the Defendant's current medical condition, including diagnoses related to his physical health and neurocognitive condition. [Id.].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting

its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Government's motion to seal. The Government filed its motion to seal on April 18, 2022, and such motion has been accessible to the public through the Court's electronic case filing system since that time. Further, the Government has demonstrated that the Motion to Dismiss contains sensitive information and that the public's right of access to such information is substantially outweighed by the Government's and the Defendant's competing interests in protecting the details of such information. See United States v. Harris, 890 F.3d 480, 492 (4th Cir. 2018). Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the Motion to Dismiss is necessary to protect the Defendant's interest in preventing the disclosure of this sensitive information.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Seal Motion to Dismiss [Doc. 87] is **GRANTED**, and the Motion to Dismiss Petition and Amended Petition and to Terminate Supervision [Doc. 86] shall be filed under seal and shall remain under seal until further Order of this Court.

**IT IS SO ORDERED.**

Signed: April 18, 2022

Martin Reidinger
Chief United States District Judge